IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERNEST STEVENSON,

    Plaintiff,

vs.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Civil No. 16-cv-698-JGP-CJP

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. § 405(g).**

Judgment is entered in favor of plaintiff Ernest Stevenson and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED:** June 29, 2017

                                                        **JUSTINE FLANAGAN,**
                                                        **Acting Clerk of Court**

                                                        **BY:** *s/Tina Gray***, Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. PHIL GILBERT
DISTRICT JUDGE**